JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        elizabeth_falk@fd.org

Counsel for Defendant PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25-13 MMC; 05-324 MMC |
| Plaintiff, | **AFFIRMATION OF TERRI WILLIAMS FOR TEMPORARY RELEASE RESCHEDULED TO SEPTEMBER 23, 2025** |
| v. | |
| AQUIL PETERSON, | |
| Defendant. | |

Custodian Terri Williams hereby re-affirms all the obligations and responsibilities set forth in the attached document for Mr. Aquil Peterson's temporary release from custody for bereavement purposes.  This release was previously scheduled for September 15, 2025 and has been rescheduled for September 23, 2025.  Ms. Williams, by her signature below, hereby affirms and agrees to abide by the terms of the attached document when the defendant is

//

[PROPOSED] STIPULATED ORDER
*PETERSON*, CR 25-13 MMC, CR 05-324 MMC

released for his father's funeral on September 23, 2025.

September 17, 2025

TERRI WILLIAMS

IT IS SO ORDERED.

_____          _____
Dated                            PETER H. KANG
                                 United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AQUIL PETERSON,<br><br>Defendant. | Case No. 05-cr-00324-MMC-3 (PHK)<br><br>**UNDERTAKING UNDER OATH OF CUSTODIAN TERRI WILLIAMS**<br><br>Re: Dkt. 1802 |

I, Terri Williams, do solemnly swear under penalty of perjury, that I will serve as third-party custodian for Defendant Aquil Peterson during his entire period of temporary release starting at 8:00 am on September 15, 2025, until his self-surrender back to custody as Ordered by this Court.

As custodian for Defendant, I understand and agree to his terms of temporary release (discussed at the hearing on September 11, 2025, and as set forth in a separate Court Order) and I swear to serve as custodian for Defendant Peterson, including assumption oof the following duties which I will carry out diligently, responsibly, and to the best of my ability:

1. I am over the age of 18, I am not suffering any mental illness, and I am not under the influence of alcohol or any narcotics. I am the fiancée of Defendant Peterson.

2. I understand and agree to all the terms outlined in the temporary release order;

3. I will immediately and personally obtain Defendant Peterson from Santa Rita Jail, located at 5325 Broder Blvd. in Dublin, CA, at 11:00 am on September 15, 2025; I will personally escort and travel with him to the funeral service for his father to be held at 2:00 pm at Cypress Lawn Funeral Home located at 1370 El Camino Real in Colma, California; and I will remain in his physical presence at all times while he is released.

4. I understand that the only locations Defendant Peterson may travel to while on release are

United States District Court
Northern District of California

to the Cypress Lawn Funeral Home and to the location of his self-surrender (as set forth below).

5. I will provide U.S. Probation (including U.S. Probation Officer Jennifer Hutchings) with my mobile telephone number, home address, and email address. I will keep in contact with U.S. Probation during the course of Defendant Peterson's temporary release, as requested by U.S. Probation. I will promptly answer or reply to any phone calls, text messages, or emails from U.S. Probation during Defendant's release.

6. I will personally deliver and escort Defendant Peterson to his Court-ordered self-surrender back to Santa Rita Jail no later than 7:00 pm on September 15, 2025, or at any different location and at any different time as the U.S. Marshals Service or U.S. Probation may direct to me prior to that deadline.

7. I will use all my best efforts to ensure that Defendant Peterson complies with all conditions outlined in the temporary release order. I specifically understand and will take all best efforts to ensure Defendant Peterson complies with the terms of release forbidding his consumption of any amount of alcohol or narcotics; forbidding his committing any local, state, or federal crimes; forbidding his driving any automobiles or other motorized vehicles; forbidding his possession or use of any firearm, ammunition for firearms, destructive device, or other dangerous weapon; and forbidding his contacting (directly or indirectly) any co-defendants outside the presence of his counsel.

8. I understand the terms of Defendant Peterson's temporary release and acknowledge that I am bound by that release Order until duly exonerated.

9. I consent to all future Orders of the Court to modify, supplement, or delete any of Defendant Peterson's conditions of release as the Court deems necessary. I further consent to the entry of any such Orders without further notice to me.

10. I understand that if Defendant Peterson, while on release, flees or otherwise commits a breach of any of the release conditions, I will be subject to prosecution and/or the imposition of civil and/or criminal penalties as determined at that time.

11. I will immediately report any violations of any conditions of Defendant Peterson's

2

temporary release (including especially any criminal conduct) by Defendant Peterson to U.S Probation and to the Court.

12. I undertake the obligations set forth herein voluntarily. No one has made any promises or threats to induce me to undertake these obligations and sign this undertaking.

**I swear under penalty of perjury under the laws of the United States and the State of California that the foregoing is all true and correct.**

Dated: September 11, 2025

Terri Williams
Custodian for Defendant Peterson

3