UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 11, 2026        **Time:** 2:29 – 3:29        **Judge:** MAXINE M. CHESNEY

**Case No.:** 05-cr-00324-MMC-   **Case Name:** UNITED STATES v. Aquil H. Peterson (in custody) - present
3 & 25-cr-00013-MMC-1

**Attorney for Plaintiff: Jean Fundakowski**
**Attorney for Defendant: Elizabeth Falk**

**Deputy Clerk:** Tracy Geiger        **Court Reporter:** Andrea Bluedorn
**Interpreter:** N/A        **Probation Officer:** Alex Gerstel and Khaminh Huynh

### PROCEEDINGS

Sentencing re Supervised Release Violation(s) – CR-05-02-324 – hearing held.

Sentencing Hearing – CR-25-0013 – hearing held.

Sentence imposed:

Case CR-25-0013:  24 months in custody – to run concurrently with sentence imposed in CR-05-0324;
Three years Supervised Release; $100 Special Assessment; No Fine. (See judgment for additional
conditions).

Case CR-05-0324: Court finds the defendant is in violation of supervised release, supervised release is
revoked.
Sentence: 24 months in custody – to run concurrently with sentence imposed in CR-25-0013. No further
term of supervised release imposed.

Government's motion to dismiss Charges 2 and 3 of Form 12 – Granted.